UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


BURROUGHS DIESEL, INC.

VS.                                CIVIL CASE NO. 2:18-cv-26-KS-MTP

BAKER PETROLITE, LLC,
BAKER HUGHES OILFIELD OPERATIONS, INC.,
AND POLY PROCESSING COMPANY, LLC.

## **ORDER**

The above case having been submitted to the jury,

It is now ordered that said jury be kept together in the custody of the United States Courts and that proper provision for said jurors' meals be made at the expense of the United States until such time as they have reached a verdict or are otherwise discharged.

SO ORDERED this the ___11th___ day of March, 2020.


                                                 __s/Keith Starrett_____
                                                 UNITED STATES DISTRICT JUDGE