## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**BURROUGHS DIESEL, INC.**                                                          **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 2:18-CV-26-KS-MTP**

**BAKER PETROLITE, LLC,** *et al.*                                               **DEFENDANTS**

### FINAL JUDGMENT

Pursuant to the Jury Verdict rendered on March 11, 2020, the Court enters this Final Judgment in favor of Plaintiff, Burroughs Diesel, Inc., as to its claims of negligence and nuisance against Defendants Baker Petrolite, LLC, and Baker Hughes Oilfield Operations, Inc. In accordance with the jury's verdict, the Court awards Plaintiff $560,361.85, payable in equal parts by Defendants Baker Petrolite, LLC, and Baker Hughes Oilfield Operations, Inc.

However, judgment is hereby entered in favor of Defendant, Poly Processing Company, LLC, as to Plaintiff's claims against it.

This case is closed.

SO ORDERED AND ADJUDGED this 16th day of March, 2020.

                                                    /s/   Keith Starrett
                                                            KEITH STARRETT
                                  UNITED STATES DISTRICT JUDGE