IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BURROUGHS DIESEL, INC.**                                             **PLAINTIFF**

v.                                                   **CIVIL ACTION NO. 2:18-CV-26-KS-MTP**

**BAKER PETROLITE, LLC; BAKER HUGHES**
**OILFIELD OPERATIONS, INC.; and POLY**
**PROCESSING COMPANY, LLC**                          **DEFENDANTS**

## VERDICT FORM

1. With respect to Plaintiff's claim of negligence against Defendant Baker Petrolite, LLC, we find in favor of:

   __X_____                                 _____
   Plaintiff                                                                                   Defendant Baker Petrolite, LLC

2. With respect to Plaintiff's claim of negligence against Defendant Baker Hughes Oilfield Operations, Inc., we find in favor of:

   __X_____                                 _____
   Plaintiff                                                                                   Defendant Baker Hughes
                                                                                                      Oilfield Operations, Inc.

3. With respect to Plaintiff's claim of nuisance against Defendant Baker Petrolite, LLC, we find in favor of:

__X__  
Plaintiff

_____  
Defendant Baker Petrolite, LLC

4. With respect to Plaintiff's claim of nuisance against Defendant Baker Hughes Oilfield Operations, Inc., we find in favor of:

__X__  
Plaintiff

_____  
Defendant Baker Hughes Oilfield Operations, Inc.

5. With respect to Plaintiff's manufacturing defect claim against Defendant Poly Processing Company, LLC, we find in favor of:

_____  
Plaintiff

__X__  
Poly Processing Company, LLC

**If you found in favor of Plaintiff as to any claim(s) addressed in questions 1-5, then proceed to question 6. If you did not find in Plaintiff's favor as to any claim(s) addressed in question 1-5, then you are finished.**

6. Please provide the total amount of compensatory damages, if any, sustained by Plaintiff, Burroughs Diesel, Inc., as a result of the acid spill:

Metal Roofs: $ 0

Tools/Equipment: $ 0

Tire Inventory/Lost Profits: $ $560,361.85 / 0

Halogen Lights: $ 0

Cleanup Costs: $ 0

7. What percentage of fault, if any, do you attribute to the following parties? The total of all three percentages must equal 100%, and you should only allocate fault to a Defendant against whom you found in Plaintiff's favor as to at least one of the claims asserted in this case.

Baker Petrolite, LLC: 50 %

Baker Hughes Oilfield Operations, Inc.: 50 %

Poly Processing Company, LLC: 0 %

Date 11 MAR 2020

Gives KS.